

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2018

No. 04-18-00317-CV

Teresa M. **FAYETTE**,
Appellant

v.

Luciano **REYES** and ABC Trucking,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI04948
Honorable Michael E. Mery, Judge Presiding

# O R D E R

The reporter's record was due to be filed with this court on September 5, 2018. *See* TEX. R. APP. P. 35.1. After the due date, court reporter Letitia Moncivais filed a first notification of late reporter's record. She requested an extension of time to file the record until October 5, 2018.

The request is GRANTED. The reporter's record is due on October 5, 2018. *See id.* R. 35.3(c) (limiting an extension in an ordinary appeal to thirty days).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court